UNITED STATES of America,
Plaintiff–Appellee,

v.

Sandra Jean JACKSON, Defendant–
Appellant.

No. 05–15458
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 11, 2006.

Jan Jones, Mobile, AL, for Defendant–Appellant.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Jan Jones, appointed counsel for Sandra Jean Jackson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

---

* Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida, sitting by designation.

1. We decline to address the ineffective assistance of counsel claim on this direct appeal.

withdraw is **GRANTED**, and Jackson's conviction and sentence is **AFFIRMED**.